THOMAS LEECH, Respondent, *v.* COUNTY OF ALBANY, Appellant.

(Submitted June 11, 1935; decided July 11, 1935.)

*Walter L. Collins*, County Attorney (*George W. Foy* of counsel), for appellant.

*Edmund L. Kane* and *Ira H. Michael* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.